# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RUFINO LIGARIO HERNANDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>        Defendants. | No. 5:26-cv-00585-JAK (ADSx)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On March 16, 2026, Rufino Ligario Hernandez ("Petitioner"), through counsel, filed a petition for writ of habeas corpus. Dkt. 1 ("Petition"). On March 17, 2026, Petitioner filed a Motion for Temporary Restraining Order. Dkt. 6 ("TRO Motion"). Through the TRO Motion, Petitioner seeks release from immigration detention, or, in the alternative, a "constitutionally compliant" bond hearing within seven days. Dkt. 6 at 9.

The ICE Online Detainee Locator System does not show any results in response to a search for Petitioner using his A-Number or his biographical details. *See, e.g.*, *Albrecht v. Dep't of Homeland Sec.*, No. 15-CV-451, 2016 WL 5661534, at *1 n.2 (C.D. Cal. Mar. 30, 2016) (taking judicial notice of detainee's status based on entries in the ICE Online Detainee Locator System). Moreover, the Executive Office of Immigration Review's Case Information system includes an entry that Petitioner is scheduled for a remote proceeding on April 3, 2026, rather than a proceeding at a detention facility. Under these circumstances, there is a question whether certain or all of the issues raised in the Petition and TRO Motion are moot.

In light of the foregoing, on or before March 19, 2026, Respondents shall file any response to the Motion, which includes a statement as to whether Petitioner remains detained, and if so, where. It shall also address whether a remote proceeding is scheduled for April 3, 2026, and if so, the nature of that proceeding. The response may also address any other matters that are relevant to the consideration of the Petition. Petitioner may file a reply in support of the TRO Motion on or before March 20, 2026. The Motion will thereafter be taken under submission, and a written order will issue.

**IT IS SO ORDERED.**

DATED: March 17, 2026

_____
John A. Kronstadt
United States District Judge