JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINO LIGARIO HERNANDEZ, | No. 8:26-cv-00585-JAK (ADSx) |
| Petitioner, | **ORDER RE STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) (DKT. 16)** |
| v. | |
| MARK WAYNE MULLIN, et al., | **[JS-6]** |
| Respondents. | |

1

Based on a review of the Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Dkt. 16 ("Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The Petition for Writ of Habeas Corpus is **DISMISSED** as moot and without prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  April 22, 2026    _____

John A. Kronstadt

United States District Judge

2